UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHELLE B.,**

    **Plaintiff,**

  v.                                **Case No. 2:23-cv-4222**
                                        **Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge Peter B. Silvain, Jr.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## **ORDER**

       This matter is before the Court on the January 24, 2025 Report and Recommendation issued by the Magistrate Judge, recommending that the Commissioner of the Social Security Administration's non-disability finding be vacated and no finding be made as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act. (ECF No. 12.) The Commissioner timely objected on January 29, 2025. (ECF No. 13.) Plaintiff filed a response on February 12, 2025. (ECF No. 14.)

       If a party objects within the allotted time to a report and recommendation, the Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

       The Court has analyzed the record and concludes that the issues raised in Commissioner's Objection were considered and correctly addressed by the Magistrate Judge. (*See* ECF No. 12.)

Accordingly, the Court **OVERRULES** the Objection (ECF No. 13) and **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 12). For the reasons set forth in it, the Commissioner's non-disability finding is **VACATED** and this matter is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendation. The Clerk is **DIRECTED** to enter judgment and terminate this case from the docket of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

<u>3/23/2025</u>                                                           <u>s/ Edmund A. Sargus, Jr.</u>
**DATE**                                                            **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**